# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>DELLA MARIE GIBSON LATHUM<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:21-MJ-2109<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 3, 2021 and April 9, 2021 in the county of Knox in the Eastern District of Tennessee, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1716(a) | Sending biohazardous materials through the mail, feces. |
| 18 U.S.C. § 1716(a) | Sending biohazardous materials through the mail, blood. |

This criminal complaint is based on these facts:

Please see the attached Affidavit of USPS Postal Inspector Wendy Boles.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Wendy Boles, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/07/2021

_____
*Judge's signature*

City and state: Knoxville, Tennessee

H. Bruce Guyton, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN INFORMATION

I, Wendy Boles, being duly sworn, state the following information to be true to the best of my knowledge, information and belief:

## INTRODUCTION

1. This affidavit is made in support of an information against Della Marie Gibson Lathum (GIBSON), identified as a female, date of birth of November 9, 1983, resident of Oak Ridge, Tennessee, for violation of Title 18, United States Code, Section 1716(a) – sending biohazardous materials through the mail.

## AGENT BACKGROUND AND EXPERIENCE

2. I am a Postal Inspector with the United States Postal Inspection Service (USPIS). I have been employed by the United States Postal Service ("USPS") since 1994. I am currently assigned to the United States Postal Inspection Service Office in Knoxville, Tennessee. I have eighteen years of training and experience enforcing federal laws pertinent to the United States Mail. I am responsible for investigating external postal-related crimes, including the transportation of sending biohazardous materials through the United States Mail, in violation of Title 18, United States Code, Sections 1716(a). Prior to becoming a Postal Inspector, I was a supervisor of mail processing and distribution in Knoxville, Tennessee.

3. The facts contained in this affidavit are based on personal knowledge and information learned during this investigation from other law enforcement sources. This affidavit does not provide each and every detail known by your Affiant regarding this investigation, but rather provides information necessary to establish probable cause for the issuance of an

1

information charging GIBSON with violation of Title 18, United States Code, Section 1716(a) – sending biohazardous materials through the mail.

4. I am submitting this affidavit in support of the information.

## BACKGROUND OF INVESTIGATION AND PROBABLE CAUSE

5. On two separate dates GIBSON violated Title 18, United States Code, Section 1716(a), by knowingly mailing nonmailable material through the United States Postal Service (USPS), not in accordance with rules and regulations prescribed by USPS.

6. Per the USPS, biological and regulated medical waste are not permitted in domestic mail except when they are intended for medical or veterinary use, research, or laboratory certification related to the public health; and only when such materials are properly prepared for mailing to withstand shocks, pressure changes, and other conditions related to ordinary handling in transit.

7. On or about April 5, 2021, GIBSON mailed and had delivered using the USPS a soft package containing feces to Melanie Lathum. On or about April 9, 2021, GIBSON mailed and had delivered using the USPS an envelope containing a human blood-stained feminine napkin to Lathum. Neither biological substance was sent per the rules and regulations prescribed by USPS.

8. GIBSON was voluntarily interviewed on April 19, 2021, at Parkwest Medical Center where she is employed as a registered nurse. At first, she denied involvement but then admitted she mailed the package containing the feces and the letter containing the blood-stained feminine napkin to Lathum. GIBSON advised she mailed the letters because she wanted "the kids" to know the truth about Lathum. GIBSON claimed her reason was Lathum was lazy, didn't work and lived off the system, however, GIBSON worked hard for everything she had.

2

9. Based on the foregoing, there is probable cause to believe that GIBSON violated 18 United States Code, Section 1716(a).

FURTHER AFFIANT SAYETH NAUGHT.
Executed this 7th day of June, 2021,
At Knoxville, Tennessee.

*Wendy Boles*
WENDY BOLES
Postal Inspector
United States Postal Service

Subscribed and sworn to before me on this 7th day of June, 2021.

*Bruce Guyton*
HONORABLE H. BRUCE GUYTON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF TENNESSEE