# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:21-mj-2109  **Date:** June 14, 2021

United States of America **vs.** Della Marie Gibson Lathum

**Present before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | DCR | April Bradford |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Jennifer Kolman | Nakeisha Jackson | |
|---|---|---|
| **Asst. U.S. Atty** | **Attorney(s) for Defendant(s)** | **Attorney(s) for Defendant(s) Contd.** |

**Proceedings:** Parties present for an initial appearance on a criminal complaint.

- [✓] Defendant sworn.
- [✓] Defendant requested appointment of counsel and submitted financial affidavit.
- [✓] Court approved financial affidavit and appointed counsel
- [ ] Defendant present with retained counsel.
- [ ] Government requested detention of the defendant:
  - [ ] Defendant waived and reserved the right to a detention hearing.
  - [ ] Defendant requested detention hearing.
  - [✓] Detention hearing set.   [ ] Detention hearing held.
- [✓] Parties agreed to conditions on which the defendant could be released.
- [ ] Defendant requested a preliminary hearing
  - [ ] Preliminary hearing held.   [ ] Preliminary hearing set.
- [✓] Defendant waived and reserved right to a preliminary hearing.
- [ ] Case under seal as to defendant(s):
  - Unsealed upon granting of motion by AUSA.   [ ] To remain under seal.

**Dates set at this hearing:**
- [ ] **Detention Hearing:**
- [ ] **Preliminary Hearing:**
- [ ] **Arraignment Hearing:**
- [ ] **Other Hearing:**

[ ] Defendant remanded to custody.   [✓] Defendant released on Order Setting Conditions of Release.

**Time:** 1:30-1:50    3:55-4:10

(●) I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_ 321mj2109 _ 2021614 _ 130734

Case 3:21-mj-02109-HBG   Document 2   Filed 06/14/21   Page 1 of 1   PageID #: 5