AO 442 (Rev. 11/11) Arrest Warrant


FILED
JUN 15 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

United States of America
v.
Della Marie Gibson Latum
Lathum
HBG
6-7-2021

Case No. 3:21-MJ-2109

RECEIVED BY: HW
DATE: 6/9/2021 TIME: 1200
U.S. MARSHAL E/TN
KNOXVILLE, TN

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Della Marie Gibson Lathum,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about April 3, 2021 and April 9, 2021, in the Eastern District of Tennessee, defendant knowingly caused to be delivered by mail, nonmailable material as defined by 18 U.S.C. § 1716 (a).

Date: 6-7-2021

*Issuing officer's signature* Bruce Guyton

City and state: Knoxville, Tennessee

H. Bruce Guyton, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/9/21, and the person was arrested on *(date)* 6/11/2021
at *(city and state)* _____.

Date: 6/14/2021

*Arresting officer's signature* Wendy Boles

Wendy Boles US Postal Inspector
*Printed name and title*

---

FID. 11289373

2174-0609-1353-J

Case 3:21-mj-02109-HBG Document 8 Filed 06/15/21 Page 1 of 1 PageID #: 14